# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Currie, Cameron McGowan | U. S. District Court, D.S.C. | 03/21/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 901 Richland Street<br>Columbia, South Carolina 29201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Trustee | Trust # 3 |
| 4. Co-Personal Representative | Estate # 1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental - Condo - Columbia, SC 1/2 interest (See Part VIII) | C | Rent | J | R | | | | | |
| 2. Royal Bk of Canada | A | Dividend | J | T | | | | | |
| 3. Bank of America Accounts | A | Interest | J | T | | | | | |
| 4. Palmetto Preservation Corp. See Sec. VIII | | None | M | W | | | | | |
| 5. IRA account | | | | | | | | | |
| 6. --Amcap Fd CL A | A | Dividend | J | T | | | | | |
| 7. --American Balanced FD CL A | A | Dividend | J | T | | | | | |
| 8. --Capital Inc Bldr Fd CL A | A | Dividend | J | T | | | | | |
| 9. --Capital World Growth and Incm FD CL A | A | Dividend | K | T | | | | | |
| 10. --Fundamental Investors FD CL A | A | Dividend | J | T | | | | | |
| 11. --Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 12. --Income FD of America CL A | A | Dividend | J | T | | | | | |
| 13. --Columbia Marsico Growth FD CL C (Name changed) | | None | J | T | | | | | |
| 14. --Washington Mut Investors FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 15. Cherokee Cnty SC Sch Dist 1 OID | B | Interest | K | T | | | | | |
| 16. Spartanburg SC WTRWKS Rev FGIC OID FRDG - TE Municipal | B | Interest | K | T | | | | | |
| 17. SC St Ports Auth Rev Fsa OID - TE Municipal | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SC St Pub Svc Auth Rev AMBAC OID RFDG Ser C | A | Interest | | | Sold | 3/31 | K | A | |
| 19. Berkeley Cnty SC Sch Bond | A | Interest | J | T | | | | | |
| 20. American Land Svc. Of Darlington CL B NV Sk (See Part VIII) | | None | K | Q | | | | | |
| 21. Calamos CV & High Incm Fd Sr F - 3 | A | Dividend | | | Sold | 6/17 | K | | |
| 22. Nuveen Qual PFD Incm Fd - 2 | A | Dividend | | | Sold | 3/22 | K | | |
| 23. --Lot # 6, SC (VIII) | | None | K | S | | | | | |
| 24. --Energy Corp. of America, A&W, LLC | B | Dividend | J | T | | | | | |
| 25. --Mortgage Loan to Timothy and Pamela Isaac | A | Interest | K | T | | | | | |
| 26. --Note from J. Stephen Young | B | Loan | J | T | | | | | |
| 27. --CitiBank NA Bank Deposit Program | A | Interest | K | T | | | | | |
| 28. --First Federal Bank accounts | | None | | | Closed | 1/5 | J | | |
| 29. --American Land Service - Darlington - voting shares (VIII) | | None | K | Q | | | | | |
| 30. --BB&T Corp. | A | Dividend | | | Sell | 1/1 | K | A | |
| 31. --Bank of America Corp | A | Dividend | | | Sell | 1/11 | J | A | |
| 32. --Bank of New York Inc | A | Dividend | | | Sell | 1/20 | J | A | |
| 33. --Berkshire Hathaway Inc Class B | | None | K | T | | | | | |
| 34. --General Electric Co | A | Dividend | | | Sell | 1/11 | KK | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Johnson & Johnson | B | Dividend | | | Sell | 1/20 | K | B | |
| 36. --Microsoft Corp | C | Dividend | | | Sell | 1/11 | K | | |
| 37. --SB Appreciation CL A | A | Dividend | K | T | | | | | |
| 38. --Synovus Financial Corp | A | Dividend | | | Sell | 1/11 | K | A | |
| 39. --Wachovia Corp 2nd New | C | Dividend | | | Sell | 1/11 | K | B | |
| 40. ---Whitehall of Florence, Inc. | | None | | | Sell | 6/17 | L | F | |
| 41. --Charleston Co SC-Care Alliance HLT JVCS RV-A-FSA INSD-BK E | A | Interest | J | T | | | | | |
| 42. --Charleston SC WTRWDS&SWR Sys Ref&Cap Imp Rv | A | Interest | J | T | | | | | |
| 43. --SC St St Sch Bond 1/1/15 | A | Interest | K | T | | | | | |
| 44. --SC St St Bond - Winthrop 10/1/09 | A | Interest | K | T | | | | | |
| 45. --SC TRANSN Bond | A | Interest | K | T | | | | | |
| 46. --Beaufort Cnty SC G/O Sch Dist G/O Ser B Bond 4/1/14 | A | Interest | J | T | | | | | |
| 47. --Beaufort Co SC Sch Dist Ser A Bond 4/1/13 | B | Interest | K | T | | | | | |
| 48. --Hilton Head IS SC RFDG U/T Bond 12/1/10 | B | Interest | K | T | | | | | |
| 49. --AMCAP Fund Class A | A | Dividend | L | T | | | | | |
| 50. --American Balanced Fund Class A | B | Dividend | L | T | | | | | |
| 51. --Capital Inc Biilder Fund Class A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Capital World Growth and Income Fund Class A | B | Dividend | M | T | | | | | |
| 53. --Charleston Co. SC Sch Dist Bond 2/1/11 | B | Interest | K | T | | | | | |
| 54. --Fundamental Investors Fund Class A | B | Dividend | M | T | | | | | |
| 55. --Greenville SC WTRWKS Sys Rev Bond 2/1/12 | B | Interest | L | T | | | | | |
| 56. --Growth Fund of American Class A | A | Dividend | M | T | | | | | |
| 57. --Income Fund of American Class A | C | Dividend | L | T | | | | | |
| 58. --SC St RFDG-HWY-SER Bond 7/1/09 | B | Interest | L | T | | | | | |
| 59. --SC St State Trans Infrastructure Bond 4/1/07 | B | Interest | K | T | | | | | |
| 60. --SC St State Trans Infrastructure Bond 4/1/08 | B | Interest | K | T | | | | | |
| 61. --Washington Mutual Investors Fund Class A | B | Dividend | L | T | | | | | |
| 62. --Fremont Investment (CD) | A | Interest | | | Matured | 3/15/ | L | A | |
| 63. --Western Puerto Rico (CD) | A | None | | | Matured | 3/15 | L | A | |
| 64. --Interstate Land Investors II Lmt. Partnership | | None | J | T | | | | | |
| 65. --First Federal of CA - CD | | None | K | T | Buy | 1/20 | K | | |
| 66. --First Federal of CA - CD (above) | A | Interest | | | Matured | 4/27 | K | A | |
| 67. --Beal Savings Bk - CD | | None | K | T | Buy | 1/11 | K | | |
| 68. --Beal Savings Bk - CD (above) | A | Interest | | | Matured | 4/20 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Discover Bk - CD | | None | L | T | Buy | 1/11 | L | | |
| 70. --Discover Bk - CD (above) | A | Interest | | | Matured | 4/19 | L | A | |
| 71. --First Bk of Puerto Rico (CD) | | None | L | T | Buy | 6/1 | L | | |
| 72. --First Bk of Puerto Rico (CD) (above) | A | Interest | | | Matured | 9/9 | L | A | |
| 73. --East West Bk of CA (CD) | A | Interest | K | T | Buy | 6/30 | K | | |
| 74. --Banco-Popular North America (CD) | | None | L | T | Buy | 9/16 | K | | |
| 75. --Banco-Popular North America (CD) (above) | A | Interest | | | Matured | 12/16 | L | A | |
| 76. --GMAC Commercial Mortgage Bk (CD) | A | Interest | L | T | Buy | 12/12 | L | | |
| 77. Nuveen Flt Rt Incm Rd Ser M - 3 | A | Dividend | | | Sold | 6/21 | K | | |
| 78. Amcap Fund CL A | A | Dividend | J | T | | | | | |
| 79. American Balanced Fd CL A | A | Dividend | J | T | | | | | |
| 80. Capital Income Bldr Fd CL A | A | Dividend | K | T | | | | | |
| 81. Capital World Growth/ Incm Fd CL A | A | Dividend | K | T | | | | | |
| 82. Fundamental Investors Fd | A | Dividend | J | T | | | | | |
| 83. Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 84. Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 85. Washington Mutual Investors Fd CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Citibank Na Bk Dep Plan | A | None | J | T | | | | | |
| 87. Lot # 1, NC (see part VIII) | | | K | S | Buy | 2/1 | K | | Pinecrest, LLP |
| 88. Lot # 2, NC (see part VIII) | | | M | R | Buy | 10/1 | M | | Mahrt Family Trust |
| 89. Trust #1 | | | | | | | | | |
| 90. --Royal Bank of Canada | A | Dividend | K | T | | | | | |
| 91. --Lake Redwing, Inc. Stock | | None | J | U | | | | | |
| 92. --Lot 5, SC | | None | L | W | | | | | |
| 93. --Lexington CNTY SC HLTH SVC Dist Inc Rev | A | Interest | J | T | | | | | |
| 94. --South Carolina ST ST SCH FACS SER A | A | Interest | J | T | | | | | |
| 95. --South Carolina ST ST Highway-Ser B | A | Interest | J | T | | | | | |
| 96. --South Carolina Jobs Econ Dv at HSP FC RV | A | Interest | J | T | | | | | |
| 97. --Orangeburg Cnty SC Cons Sch Dist 3 | A | Interest | K | T | | | | | |
| 98. --Am. Land Svc of Darlington CL B Non-voting - See Pt. VIII | | None | K | Q | | | | | |
| 99. --Columbia Marsico Growth FD CL C (name change) | | None | K | T | | | | | |
| 100. --Greenville Hospital Sys SC FCS RV SR A RF OID Ambac | A | Interest | J | T | | | | | |
| 101. --Citibank NA Bd Dep Program | A | Interest | J | T | | | | | |
| 102. --AMCAP Fd CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --American Balanced FD CL A | A | Dividend | J | T | | | | | |
| 104. --Capital Income Bldr FD CL A | A | Dividend | J | T | | | | | |
| 105. --Capital World Growth and Income FD CL A | A | Dividend | J | T | | | | | |
| 106. --Fundamental Investors FD CL A | A | Dividend | J | T | | | | | |
| 107. --Growth Fund of America CL A | A | Dividend | J | T | | | | | |
| 108. --Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 109. --Washington Mutual Investors FD CL A | A | Dividend | J | T | | | | | |
| 110. Trust # 2 | | | | | | | | | |
| 111. --ML Banking Advantage | A | Interest | J | T | | | | | |
| 112. Estate # 1 (See explanation in Part VIII) as of 10/25/04 | | | | | | | | | |
| 113. --Condo - Columbia, SC (See Part VIII) | | None | K | S | | | | | |
| 114. --Lot # 5, SC (VIII) | | None | J | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. A. 1. Condominium purchased on December 10, 1992, for $25,000. I purchased 1/2 interest.

VII. A. 4. Sole asset of corporation is real estate (I parcel). I have invested just over $107,000 over the past 15 years. There is no appraisal on my interest. Book value is not appropriate as this is improved real estate on which depreciation is deducted. Cost is not available for an interest in a corporation. There is no assessment for my interest.

VII. A. 20. Appraisal date: 4/28/03

VII. A. 33. Lot # 1, originally purchased in 2003 for purpose of building ███████ home. I decided to sell the lot in 2005 and it is now being held for investment pending sale. Assessment date 2/15/06.

VII. A. 34. Lot # 2, purchased in 2005 and held for investment.

VII. A. 44. Appraisal date: 4/28/03

VII. A. 58. Appointed Co-Personal Representative of my ██████ estate 10/25/2004.

VII. A. 59. The tax assessment of this property is $31,900 but recent sales of identical units = $60,000.

VII. A. 60. Appraisal date: 9/9/02. Estate owns 12.5% interest in property.

VII. A. 61. The tax assessment of this property is $5,000 but, based on 9/9/02 appraisal of lot # 5, estimate of lot 6 value = $30,000.

VII. A. 67. Appraisal date: 4/28/03.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Currie, Cameron McGowan | 03/21/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date  3/22/06

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544